81 P.3d 1229

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

June 6, 2003

| 24321 | State v. Wong | Affirmed |
|-------|---------------|----------|